UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80061-CR-Smith/Mathewman

18 U.S.C. § 922(e)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

STANLEY LAPLANCHE,

Defendant.
_____/

FILED BY____KJZ____D.C.

Aug 12, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about the September 18, 2019, in Palm Beach County, in the Southern District of

Florida, the defendant,

STANLEY LAPLANCHE,

did knowingly and willfully deliver and cause to be delivered to any common and contract carrier

for transportation and shipment in interstate and foreign commerce, to a person other than a

licensed firearms importer, manufacturer, dealer, and collector, a package and other container in

which there was ammunition, without having provided written notice to the carrier that such

ammunition was being transported and shipped; in violation of Title 18, United States Code,

Sections 922(e) and 924(a)(1)(D).

<u>COUNT 2</u>

On or about the September 23, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**STANLEY LAPLANCHE,**

did knowingly and willfully deliver and cause to be delivered to any common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearms importer, manufacturer, dealer, and collector, a package and other container in which there was ammunition, without having provided written notice to the carrier that such ammunition was being transported and shipped; in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

<u>COUNT 3</u>

On or about the October 7, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**STANLEY LAPLANCHE,**

did knowingly and willfully deliver and cause to be delivered to any common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearms importer, manufacturer, dealer, and collector, a package and other container in which there was ammunition, without having provided written notice to the carrier that such ammunition was being transported and shipped; in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

## FORFEITURE

The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **STANLEY LAPLANCHE**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 922(e), as alleged in this Information, the defendant shall forfeit to the United States any ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).


ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

STANLEY LAPLANCHE

_____Defendant._____/

CASE NO._____

**20-80061-CR-Smith/Matthewman**

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)       Yes _____   No _____
Number of new defendants _____
Total number of counts _____

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL.   ✓ WPB   ___ FTP

1.  I have carefully considered the allegations of the Information, the number of defendants, the number of probable witnesses and the legal complexities of the Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)    No
    List language and/or dialect     _____

4.  This case will take __3__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | (Check only one) | | |
    |---|---|---|---|---|---|
    | I | 0 to 5 days | ✓ | Petty | | |
    | II | 6 to 10 days | | Minor | | |
    | III | 11 to 20 days | | Misdem. | | |
    | IV | 21 to 60 days | | Felony | ✓ | |
    | V | 61 days and over | | | | |

6.  Has this case previously been filed in this District Court?     (Yes or No)    No
    If yes: Judge _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes _____    No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes _____    No ✓

*Gregory Schiller*
_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. 0648477

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  STANLEY LAPLANCHE

Case No:  20-80061-CR-Smith/Matthewman

Counts #: 1-3

Delivery of ammunition to a common carrier

Title 18, United States Code, Section 922(e) and 924(a)(1)(D)

**\*Max. Penalty:**   5 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years, a $100 special Assessment and Restitution

 **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**